| | |
|---|---|
| 1 | ASHTON M. RILEY (SBN 310528) |
| 2 | ariley@fisherphillips.com<br>TUAN Q. NGUYEN (SBN 312153) |
| 3 | tqnguyen@fisherphillips.com<br>FISHER & PHILLIPS LLP |
| 4 | 2050 Main Street, Suite 1000<br>Irvine, California 92614 |
| 5 | Telephone: (949) 851-2424<br>Facsimile: (949) 851-0152 |
| 6 | Attorneys for Defendant |
| 7 | ACCENT CONTROLS, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MALIC, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ACCENT CONTROLS, INC., a Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No:  [Case No.] '23CV2133 L   BLM<br><br>[Removed from State Court Case No. 37-2023-00045110-CU-WT-CTL]<br><br>**DECLARATION OF MARY JANIAK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION**<br><br>Complaint Filed:  October 17, 2023<br>Trial Date:        Not Set |

# DECLARATION OF MARY JANIAK

1. I, Mary Janiak, hereby declare and state as follows:

2. I make this Declaration in support of Defendant Accent Controls, Inc. ("Defendant") Notice of Removal. I am over the age of eighteen and have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

3. I am the Chief Executive Officer, Chief Financial Officer, and Secretary of Accent Controls Inc. for ("Defendant" or "ACI"). In my capacity as Chief Executive Officer, Chief Financial Officer, and Secretary, I am familiar with the corporate structure of ACI and have reviewed ACI's corporate records. These records are kept in the regular course of business.

4. Accent Controls, Inc. is incorporated under the laws of the state of Missouri. It is currently and has been since 1994 a company organized and existing under the laws of the State of Missouri.

5. I am aware of Plaintiff Michael Malic ("Plaintiff") and his claims in this lawsuit. In my capacity as Chief Executive Officer, Chief Financial Officer, and Secretary, I have access to Plaintiff's records, including his personnel file. Based on my review of Plaintiff's records, I am aware that he started employment on or around January 16, 2022 and terminated on January 30, 2023.

6. Plaintiff's final rate of pay at the time of his termination was an annualized salary of $65,000. Attached as **Exhibit A** is a true and correct copy of Plaintiff's signed offer letter contained in his personnel file.

7. On October 19, 2023, ACI's agent for service of process was personally served with the Summons, Complaint, Civil Case Cover Sheet, and the Alternative Dispute Resolution Package.

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of November, 2023, at San Diego, California.

*Mary Janiak*
_____
Mary Janiak
Declarant

**PROOF OF SERVICE**
**(CCP §§1013(a) and 2015.5)**

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of Orange with the law offices of Fisher & Phillips LLP and its business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On the date below, I served the following document(s) **DECLARATION OF MARY JANIAK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Mehrdad Bokhour<br>Zachary Cavanagh<br>BOKHOUR LAW GROUP, P.C.<br>1901 Avenue of the Starts, Suite 450<br>Los Angeles, CA 90067 | Attorneys for Plaintiff,<br>MICHAEL MALIC<br><br>T: (310) 975-1493<br>F: (310) 675-0861<br>E: mehrdad@bokhourlaw.com<br>E: zach@bokhourlaw.com |
| Joshua S. Falakassa<br>FALAKASSA LAW, P.C.<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067 | Attorneys for Plaintiff,<br>MICHAEL MALIC<br><br>T: (818) 456-6168<br>F: (888) 505-0868<br>E: josh@falakassalaw.com |

☐ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine California, in a sealed envelope with postage fully prepaid.

☐ **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed November 20, 2023, at Irvine, California.

_____Grace Andrade_____    By: _____[signature]_____
Print Name                              Signature

1
PROOF OF SERVICE

FP 48760795.1