1  ASHTON M. RILEY (SBN 310528)
   ariley@fisherphillips.com
2  TUAN Q. NGUYEN (SBN 312153)
   tqnguyen@fisherphillips.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile: (949) 851-0152

6  Attorneys for Defendant
   ACCENT CONTROLS, INC.
7

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL MALIC, an Individual,    | Case No:  [Case No.] '23CV2133 L    BLM
12 |                      Plaintiff,   | [Removed from State Court
   |                                   | Case No. 37-2023-00045110-CU-WT-
13 |         v.                        | CTL]
14 | ACCENT CONTROLS, INC., a          | **DECLARATION OF ASHTON M.
   | Corporation; and DOES 1 through   | RILEY IN SUPPORT OF
15 | 30, inclusive,                    | DEFENDANT'S NOTICE OF
   |                                   | REMOVAL OF ACTION**
16 |                      Defendants.  |
17 |                                   | Complaint Filed:  October 17, 2023
   |                                   | Trial Date:       Not Set
18

1
DECL OF ASHTON M. RILEY ISO DEF'S NOTICE OF REMOVAL OF ACTION
FP 48760880.1

# DECLARATION OF ASHTON M. RILEY

I, Ashton M. Riley, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California. I am an associate with Fisher & Phillips LLP, counsel of record for Defendant Accent Controls, Inc. ("Defendant") in this case and make this Declaration in support of Defendant's Notice of Removal. Based on my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I am in good standing of the State Bar of California and have been admitted to practice before the United States District Court for the Southern District of California. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration and, if called to testify as witness, could and would testify competently to such facts under oath.

3. On October 17, 2023, Plaintiff MICHAEL MALIC ("Plaintiff") filed a Complaint in the Superior Court of the State of California, County of San Diego, entitled, *Michael Malic v. Accent Controls, Inc.*, Case No. 37-2023-00045110-CU-WT-CTL (the "Complaint").

4. On October 19, 2023, Plaintiff served copies of the Summons, Complaint, Civil Case Cover Sheet, and the Alternative Dispute Resolution Package upon Defendant's authorized agent for service of process in California. Attached hereto as **Exhibit B** is a true and correct copy of the documents served upon Defendant.

5. On November 17, 2023, Defendant filed an Answer and Affirmative Defenses in the Superior Court of California, County of San Diego. Attached hereto as **Exhibit C** is a true and correct copy of Defendant's Answer and Affirmative Defenses filed in the Superior Court of California, County of San Diego.

/ / /

6. As of the date of this Notice of Removal, no other processes, pleadings, and/or orders have been served upon Defendant in the State Lawsuit.

7. Promptly upon filing the Notice of Removal in the United States District Court for the Southern District of California, written notice of such filing will be served on Plaintiff's counsels of record, Bokhour Law Group, P.C. and Falakassa Law, P.C., and will be filed with the Clerk of the Court for the Superior Court of the State of California, County of San Diego.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on November 20, 2023, at Irvine, California.

_____
ASHTON M. RILEY

# PROOF OF SERVICE
## (CCP §§1013(a) and 2015.5)

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of Orange with the law offices of Fisher & Phillips LLP and its business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On the date below, I served the following document(s) **DECLARATION OF TUAN Q. NGUYEN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Mehrdad Bokhour<br>Zachary Cavanagh<br>BOKHOUR LAW GROUP, P.C.<br>1901 Avenue of the Starts, Suite 450<br>Los Angeles, CA 90067 | Attorneys for Plaintiff,<br>MICHAEL MALIC<br><br>T: (310) 975-1493<br>F: (310) 675-0861<br>E: mehrdad@bokhourlaw.com<br>E: zach@bokhourlaw.com |
| Joshua S. Falakassa<br>FALAKASSA LAW, P.C.<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067 | Attorneys for Plaintiff,<br>MICHAEL MALIC<br><br>T: (818) 456-6168<br>F: (888) 505-0868<br>E: josh@falakassalaw.com |

☐ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine California, in a sealed envelope with postage fully prepaid.

☐ **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed November 20, 2023, at Irvine, California.

_____Grace Andrade_____     By: _____[Signature]_____
       Print Name                        Signature

1
PROOF OF SERVICE

FP 48760880.1