'23CV2133 L   BLM

# EXHIBIT A

# TERMS AND CONDITIONS OF EMPLOYMENT

| | |
|---|---|
| **JOB CLASS/TITLE** | System Supply Analyst, Exempt, Salaried |
| **START DATE** | Sunday January 16, 2022 |
| **BASE PAY** | **$65,000** annually, paid semi-monthly in accordance with the company's payroll policies and subject to standard required withholding. |
| **VARIABLE COMPENSATION** | Eligible to receive an annual discretionary bonus of up to 5%. The bonus will be contingent on your overall performance and company profits. ACI reserves the right to amend or withdraw the bonus at its discretion. |
| **PAY PERIODS** | Pay periods are semi-monthly. Hours worked from 1st through the 15th are paid on the 25th; hours worked from the 16th through the last day of the month are paid on the 10th of the following month. |
| **PROBATION** | ACI requires a 90-day probationary period of employment. Employment may be terminated at any time during this probationary period without notice. |
| **GROUP HEALTH BENEFITS** | Eligible for Company-paid, employee-only Medical and Dental insurance plans. Eligible to enroll in employee-paid voluntary insurance benefits which include, Vision, Short-term Disability, Long-term Disability, Life and AD&D, and Flex-spending Plan. All elected benefits are effective the first of the month, following 30 days of continuous service. All benefits are subject to plan terms and applicable waiting periods. **Note:** If waiving medical coverage, proof of other acceptable, qualified coverage is required. |
| **GROUP 401K PLAN** | Eligible to participate in the Retirement Savings Plan with 401(k) option that includes Pre-tax and/or Roth employee-elective deferral(s) and employer matching contributions. Subject to plan terms and applicable waiting periods. The initial deposit will be made by the Company, 90 days after continuous employment. |
| **WORK HOURS** | Required to work a minimum 40 hours a week, which may include travel; evenings and weekend work hours. Must be available during regular business hours when traveling for work. Exempt employees are not eligible for paid overtime. |
| **HOLIDAYS & PAID LEAVE** | 10 paid Federal Holidays. Eligible for three weeks paid vacation following 90 days (3 months) of employment. Paid vacation must be used by your anniversary date with no carry over into subsequent years. Exempt employees are not eligible to be paid out for vacation upon termination of employment. |

In situations where your position is subject to any specific federal or state regulation, or agreement, we will reserve the right to change, modify or revise your employment terms and conditions.

[X] I accept the position as described in this offer of employment at ACI.

[ ] I decline the position as described in this offer of employment at ACI.

Signature

Date: 16 January 2022

Print Name: Michael Malic