'23CV2133 L     BLM

# EXHIBIT C

| | |
|---|---|
| 1 | ASHTON M. RILEY (SBN 310528) |
|   | ariley@fisherphillips.com |
| 2 | TUAN Q. NGUYEN (SBN 312153) |
|   | tqnguyen@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP |
|   | 2050 Main Street, Suite 1000 |
| 4 | Irvine, California 92614 |
|   | Telephone: (949) 851-2424 |
| 5 | Facsimile: (949) 851-0152 |
| 6 | Attorneys for Defendant |
|   | ACCENT CONTROLS, INC. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| MICHAEL MALIC, | CASE NO.: 37-2023-00045110-CU-WT-CTL |
|  | *[Unlimited Jurisdiction]* |
| Plaintiff, |  |
|  | *Assigned for all purposes to the* |
| v. | *Honorable Ronald F. Frazier, Dept. C-65* |
| ACCENT CONTROLS, INC., a Corporation; and DOES 1 through 30, inclusive, | **DEFENDANT ACCENT CONTROLS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF MICHAEL MALIC'S COMPLAINT** |
| Defendants. |  |
|  | Complaint Filed: October 17, 2023 |
|  | Trial Date: None Set |

Defendant, ACCENT CONTROLS, INC., ("Defendant") responds to Plaintiff's complaint as follows:

## ANSWER

Pursuant to California Code of Civil Procedure section 431.30, subdivision (d), Defendant generally denies each and every allegation and cause of action in Plaintiff's unverified complaint.

## FIRST AFFIRMATIVE DEFENSE

1. Plaintiff's complaint, and each and every cause of action therein, fails to state facts sufficient to constitute any cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

2. Plaintiff's complaint, and each and every cause of action therein, is barred by the applicable statute of limitations, including, but not limited to, Code of Civil Procedure sections 335.1 and 340, subdivision (a).

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiff's complaint, and each and every cause of action therein, is preempted by the federal enclave doctrine.

## FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff is estopped by his conduct from recovering any relief sought in the complaint, or in any purported cause of action alleged therein.

## FIFTH AFFIRMATIVE DEFENSE

5. By his conduct, Plaintiff has waived any right to recover any relief sought in the complaint, or in any purported cause of action alleged therein.

## SIXTH AFFIRMATIVE DEFENSE

6. Plaintiff's claims are barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

7. Plaintiff is guilty of undue delay in filing and prosecuting this suit, and accordingly, this action is barred by laches.

**EIGHTH AFFIRMATIVE DEFENSE**

8. To the extent Plaintiff suffered any symptoms of mental or emotional distress or injury, they were the result of a pre-existing psychological disorder or alternative concurrent cause, and not the result of any act or omission of Defendant.

**NINTH AFFIRMATIVE DEFENSE**

9. Plaintiff's claims are barred by Plaintiff's failure to exhaust administrative remedies and/or internal grievance procedures.

**TENTH AFFIRMATIVE DEFENSE**

10. There existed legitimate non-retaliatory reasons for the alleged acts of Defendant of which Plaintiff complains.

**ELEVENTH AFFIRMATIVE DEFENSE**

11. Even if there was retaliation against Plaintiff (which Defendant denies), Plaintiff would have been terminated anyway.

**TWELFTH AFFIRMATIVE DEFENSE**

12. Any recovery on Plaintiff's complaint, or any purported cause of action alleged therein, is barred in whole or in part by Plaintiff's failure to mitigate his damages.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. Any recovery on Plaintiff's complaint or any purported cause of action alleged therein, is barred in whole or in part by after-acquired evidence which independently justified Plaintiff's termination.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. Plaintiff is not entitled to recover punitive or exemplary damages from Defendant on the grounds that any award of punitive or exemplary damages would violate Defendant's constitutional rights under the Due Process Clauses of the Fifth and Fourteenth Amendments of the United States Constitution.

/ / /

/ / /

/ / /

**WHEREFORE**, answering Defendant prays as follows:

1. That Plaintiff take nothing by his Complaint for damages;

2. That Plaintiff's Complaint herein be dismissed in its entirety with prejudice;

3. That Defendant recovers its costs of suit herein, including its reasonable attorneys' fees; and

4. That the court award such other and further relief as it deems appropriate.

DATE: November 17, 2023                FISHER & PHILLIPS LLP

By: _____
ASHTON M. RILEY
TUAN Q. NGUYEN
Attorneys for Defendant
ACCENT CONTROLS, INC.

**PROOF OF SERVICE**
**(CCP §§1013(a) and 2015.5)**

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of Orange with the law offices of Fisher & Phillips LLP and its business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On the date below, I served the following document(s) **DEFENDANT ACCENT CONTROLS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF MICHAEL MALIC'S COMPLAINT** on the person(s) listed below by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Mehrdad Bokhour<br>Zachary Cavanagh<br>BOKHOUR LAW GROUP, P.C.<br>1901 Avenue of the Starts, Suite 450<br>Los Angeles, CA 90067 | Attorneys for Plaintiff,<br>MICHAEL MALIC<br><br>T: (310) 975-1493<br>F: (310) 675-0861<br>E: mehrdad@bokhourlaw.com<br>E: zach@bokhourlaw.com |
| Joshua S. Falakassa<br>FALAKASSA LAW, P.C.<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067 | Attorneys for Plaintiff,<br>MICHAEL MALIC<br><br>T: (818) 456-6168<br>F: (888) 505-0868<br>E: josh@falakassalaw.com |

☐ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine California, in a sealed envelope with postage fully prepaid.

☐ **[by FAX]** - Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at fax number(s) listed above from fax number (949) 851-0152. The fax reported no errors. A copy of the transmission report is attached.

☐ **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed November 17, 2023, at Irvine, California.

| Grace Andrade | By: _____ |
|---|---|
| Print Name | Signature |